IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
AT NASHVILLE
DECEMBER 1997 SESSION

FILED

June 17, 1998

Cecil W. Crowson
Appellate Court Clerk

| | |
|---|---|
| STATE OF TENNESSEE, | ) |
| | ) NO. 01C01-9701-CR-00031 |
| Appellee, | ) |
| | ) DAVIDSON COUNTY |
| VS. | ) |
| | ) HON. ANN LACY JOHNS, JUDGE |
| ROBERT ANTHONY PAYNE, | ) |
| a.k.a. ANTHONY JORDAN, | ) (Vehicular Homicide, Reckless |
| | ) Endangerment, Reckless |
| Appellant. | ) Aggravated Assault, Intentional or |
| | ) Knowing Aggravated Assault) |

## CONCURRING OPINION

I acknowledge that I upheld the constitutionality of the statute on parole eligibility in State v. Cooper, No. 01C01-9604-CC-00150 (Tenn. Crim. App. at Nashville, November 17, 1997). However, I did not address the issue of whether telling the jury that they could consider sentencing in reaching their verdict was appropriate. Therefore, I concur with Judge Riley's analysis in this case.

_____
PAUL G. SUMMERS, Judge